PATRICK J. CAFFERTY, JR. (State Bar No. 103417)
HOJOON HWANG (State Bar No. 184950)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
Attorneys for Defendant
Shell Oil Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW LORNE and JENNIFER LORNE, as Trustees of the JOSEPHINE WILSON TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., both in its own corporate capacity generally and as Trustee of the Walter Hansen Trust; SHELL OIL COMPANY; and DOES 1-100 inclusive, <br><br> Defendants. | CASE NO. C. 03-0243 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE** |

Defendant Shell Oil Company ("Shell") and Plaintiffs Matthew Lorne and Jennifer Lorne as Trustees of the Josephine Wilson Trust ("Plaintiffs") (collectively, the "Parties"), through their respective counsel, hereby enter into the following stipulation:

WHEREAS, Plaintiffs are former owners of certain property located at 1809 A Street, Antioch, California (the "Property").

WHEREAS, there is a Shell-branded retail gasoline service station located at 1800 A Street, Antioch, California (the "Station").

WHEREAS Plaintiffs allege in this lawsuit, among other things, that certain hazardous materials originating from the Station have contaminated the soil and groundwater beneath the Property, and sought damages and injunctive relief pursuant to various common law and statutory claims Plaintiffs assert against Shell based on such allegations.

WHEREAS Shell filed answers denying the material allegations of the complaint and asserting certain affirmative defenses. Shell contends that it has no liability to Plaintiffs, denies all of the material allegations made against it in the lawsuit, and denies any wrongdoing, misconduct, or liability. Shell further contends that it has been taking and will continue to take appropriate remedial action with respect to any contamination originating from the Station as required or may be required in the future by the regulatory agency with oversight of the Station.

WHEREAS the Parties believe that the California Underground Storage Tank Clean Up Fund (the "UST Fund") will provide, subject to certain terms and limitations, reimbursement for costs incurred by Plaintiffs and/or their successors for remediation of petroleum hydrocarbon contamination at the Property, which reimbursement may prove sufficient to fully cover the expenses incurred by Plaintiffs and/or their successors in connection with the remediation of such contamination.

WHEREAS the Parties wish to avoid the expenses and burdens of litigation at this time, in light of the possibility that funds available from the UST Fund and Shell's continuing remediation of the contamination originating from the Station pursuant to regulatory orders may fully resolve the disputes among the Parties.

WHEREAS the Parties have entered into an Agreement for Dismissal and Tolling, by which Shell has agreed to toll certain claims under the terms and conditions specified in the agreement and by which Plaintiffs have agreed to dismiss this case without prejudice.

NOW THEREFORE the Parties agree and stipulate that:

1.      Plaintiffs' complaint is dismissed without prejudice as to Defendant Shell Oil

Company; and

2.      Shell and Plaintiffs shall bear their own costs of suit.


DATED: June 8, 2005                      MUNGER, TOLLES & OLSON LLP



                                         By_____
                                              HOJOON HWANG

                                         Attorneys for Defendant
                                         SHELL OIL COMPANY

DATED: June __, 2005                     MAYO & ROGERS



                                         By _____
                                              TERENCE O. MAYO


                          [PROPOSED] ORDER

        Based upon the parties' stipulation and for good cause appearing, IT IS HEREBY

ORDERED THAT:

        1.      Plaintiffs' Complaint, as against Defendant Shell Oil Company, is hereby

DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2);

        2.      The parties shall bear their own costs.


Dated:  6/13        , 2005              By:  /s/  _____

                                        United States District Judge

1.     Plaintiffs' complaint is dismissed without prejudice as to Defendant Shell Oil Company; and

2.     Shell and Plaintiffs shall bear their own costs of suit.

DATED: June ___, 2005                    MUNGER, TOLLES & OLSON LLP


                                          By_____
                                                  HOJOON HWANG

                                          Attorneys for Defendant
                                          SHELL OIL COMPANY

DATED: June 8, 2005                       MAYO & ROGERS


                                          By _____
                                                  TERENCE O. MAYO

## [PROPOSED] ORDER

        Based upon the parties' stipulation and for good cause appearing, IT IS HEREBY ORDERED THAT:

        1.     Plaintiffs' Complaint, as against Defendant Shell Oil Company, is hereby DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2);

        2.     The parties shall bear their own costs.


Dated: _____, 2005              By:_____

                                              United States District Judge

STIPULATION AND [PROPOSED] ORDER
RE DISMISSAL; C 03-0243