Terence O. Mayo, Esq. SBN 62035
Mayo & Rogers
114 Sansome Street, Suite 1310
San Francisco, CA 94104
Telephone: (415) 397-1515
Fax: (415) 397-1540

Attorneys for Plaintiffs
MATTHEW LORNE and JENNIFER LORNE
as Trustees of the Josephine Wilson Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LORNE and JENNIFER LORNE, as Trustees of the JOSEPHINE WILSON TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., as Trustee of the Walter E. Hansen Trust; SHELL OIL COMPANY; ESTATE OF JAMES DONALD COTTEN, DECEASED, both individually and dba KEEP-U-NEET CLEANERS; RICHARD SPOHN, both individually and dba KEEP-U-NEET CLEANERS; and DOES 1-1 inclusive,<br><br>Defendants. | CASE NO. C03-00243 MJJ<br><br>**STIPULATION AND ORDER RE DISMISSAL**<br>GRANTED |

Matthew Lorne and Jennifer Lorne, as Trustees of the Josephine Wilson Trust, Plaintiffs in the above-entitled action, through their attorneys, Mayo & Rogers and Terence O. Mayo, Wells Fargo Bank, N.A., solely in it capacity as Trustee of the Walter E. Hansen Trust, Defendant in the above-entitled action, through its attorneys, Hanson, Bridgett, Marcus, Vlahos

& Rudy, Richard Spohn and the Estate of James Donald Cotten, Defendants in the above-entitled action, through their attorneys, Callahan, McCune & Willis, APLC, and Thomas Lamothe, dba Lamothe Cleaners, Defendant in the above-entitled action, through his attorneys, Law Offices of Jeffory J. Scharff, all hereby stipulate to the dismissal without prejudice of the entire above-entitled action, including all complaints and any and all amended complaints, and any and all cross-complaints and any and all amended cross-complaints.

IT IS SO STIPULATED.

Dated: September 29, 2006     Mayo & Rogers
                              Attorneys for Plaintiffs Matthew Lorne and
                              Jennifer Lorne, as Trustees of the
                              Josephine Wilson Trust

                              By: _____
                                  Terence O. Mayo

Dated: September 29, 2006     Hanson, Bridgett, Marcus, Vlahos & Rudy
                              Attorneys for Defendant Wells Fargo
                              Bank, NA, as Trustee of the Walter E.
                              Hansen Trust

                              By: _____
                                  Michelle Trausch

Dated: September 29, 2006     Callahan, McCune & Willis, A.P.L.C.
                              Attorneys for Defendants Richard Spohn
                              and Estate of James Donald Cotten

                              By: _____
                                  Peter Callahan

Dated: September 29, 2006     Law Offices of Jeffory J. Scharff
                              Attorneys for cross-Defendant Thomas
                              Lamothe dba Lamothe Cleaners

                              By: _____
                                  Mark R. Wetters

1  IT IS SO ORDERED.
   October 2, 2006
2  Dated: ~~September ___, 2006~~

*Martin J. Jenkins*
The Honorable Martin Jenkins,
United States District Judge

& Rudy, Richard Spohn and the Estate of James Donald Cotten, Defendants in the above-entitled action, through their attorneys, Callahan, McCune & Willis, APLC, and Thomas Lamothe, dba Lamothe Cleaners, Defendant in the above-entitled action, through his attorneys, Law Offices of Jeffory J. Scharff, all hereby stipulate to the dismissal without prejudice of the entire above-entitled action, including all complaints and any and all amended complaints, and any and all cross-complaints and any and all amended cross-complaints.

IT IS SO STIPULATED.

Dated: September 29, 2006

Mayo & Rogers
Attorneys for Plaintiffs Matthew Lorne and Jennifer Lorne, as Trustees of the Josephine Wilson Trust

By: _____
Terence O. Mayo

Dated: September 29, 2006

Hanson, Bridgett, Marcus, Vlahos & Rudy
Attorneys for Defendant Wells Fargo Bank, NA, as Trustee of the Walter E. Hansen Trust

By: _____
Michelle Trausch

Dated: September 29, 2006

Callahan, McCune & Willis, A.P.L.C.
Attorneys for Defendants Richard Spohn and Estate of James Donald Cotten

By: _____
Peter Callahan

Dated: September 29, 2006

Law Offices of Jeffory J. Scharff
Attorneys for cross-Defendant Thomas Lamothe dba Lamothe Cleaners

By: _____
Mark R. Wetters

& Rudy, Richard Spohn and the Estate of James Donald Cotten, Defendants in the above-entitled action, through their attorneys, Callahan, McCune & Willis, APLC, and Thomas Lamothe, dba Lamothe Cleaners, Defendant in the above-entitled action, through his attorneys, Law Offices of Jeffory J. Scharff, all hereby stipulate to the dismissal without prejudice of the entire above-entitled action, including all complaints and any and all amended complaints, and any and all cross-complaints and any and all amended cross-complaints.

IT IS SO STIPULATED.

Dated: September 29, 2006

Mayo & Rogers
Attorneys for Plaintiffs Matthew Lorne and Jennifer Lorne, as Trustees of the Josephine Wilson Trust

By: _____
Terence O. Mayo

Dated: September 29, 2006

Hanson, Bridgett, Marcus, Vlahos & Rudy
Attorneys for Defendant Wells Fargo Bank, NA, as Trustee of the Walter E. Hansen Trust

By: _____
Michelle Trausch

Dated: September 29, 2006

Callahan, McCune & Willis, A.P.L.C.
Attorneys for Defendants Richard Spohn and Estate of James Donald Cotten

By: /s/ Peter Callahan
Peter Callahan

Dated: September 29, 2006

Law Offices of Jeffory J. Scharff
Attorneys for cross-Defendant Thomas Lamothe dba Lamothe Cleaners

By: _____
Mark R. Wetters

& Rudy, Richard Spohn and the Estate of James Donald Cotten, Defendants in the above-entitled action, through their attorneys, Callahan, McCune & Willis, APLC, and Thomas Lamothe, dba Lamothe Cleaners, Defendant in the above-entitled action, through his attorneys, Law Offices of Jeffory J. Scharff, all hereby stipulate to the dismissal without prejudice of the entire above-entitled action, including all complaints and any and all amended complaints, and any and all cross-complaints and any and all amended cross-complaints.

IT IS SO STIPULATED.

Dated: September 29, 2006

    Mayo & Rogers
    Attorneys for Plaintiffs Matthew Lorne and
    Jennifer Lorne, as Trustees of the
    Josephine Wilson Trust

By: _____
Terence O. Mayo

Dated: September 29, 2006

    Hanson, Bridgett, Marcus, Vlahos & Rudy
    Attorneys for Defendant Wells Fargo
    Bank, NA, as Trustee of the Walter E.
    Hansen Trust

By: _____
Michelle Trausch

Dated: September 29, 2006

    Callahan, McCune & Willis, A.P.L.C.
    Attorneys for Defendants Richard Spohn
    and Estate of James Donald Cotten

By: _____
Peter Callahan

Dated: September 29, 2006

    Law Offices of Jeffory J. Scharff
    Attorneys for cross-Defendant Thomas
    Lamothe dba Lamothe Cleaners

By: _____/s/_____
Mark R. Wetters